1  MARINA GONZALES SBN 188075
   Law Offices of Marina Gonzales
2  1315 E Divisadero
   Fresno CA 93721
3  Tel.  (559) 497-0515
   Fax   (559) 497-8785
4
5  Attorney for defendant, FRANCISCO JAVIER CORTEZ
6
                   UNITED STATES DISTRICT COURT,
7                   EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA      )   Case No. 1:06-cr-00372-OWW
                                 )
10                               )
                                 )
11                               )   STIPULATION TO
           Plaintiff,            )   ADVANCE STATUS CONFERENCE
12                               )
   v.                            )   **DATE: January 8, 2007**
13                               )   **TIME: 9:00 a.m.**
   FRANCISCO JAVIER CORTEZ       )   **PLACE: Courtroom 3**
14                               )   **Honorable Oliver W. Wanger**
           Defendant.            )
15                               )

16

17      It is stipulated between the parties that the Status

18 Conference in the above matter currently set for Tuesday, January

19 16, 2007, be set to January 8, 2007, at 9:00 a.m.

20      The defendant stipulates that the time will be excluded

21 through and including December 11, 2006 in the interests of

22 justice pursuant to 18 USC § 3161 (h) (8) (A) and 18 USC § 3161

23 (h) (8) (B)(iv).

24
25
26
27
28

1   I hereby agree to the above stipulation.

Dated: December 13, 2006            /S/
                                    _____
                                    MARINA GONZALES
                                    Attorney for Francisco J.Cortez

   I hereby consent to the above stipulation.

Dated: December 13, 2006            /S/
                                    _____
                                    MARIANNE A. PANSA, AUSA.


   IT IS SO ORDERED.

**Dated:   December 14, 2006**            **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE